ORIGINAL

FILED

05/04/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: PR 06-0422

IN THE SUPREME COURT OF THE STATE OF MONTANA

PR 06-0422

IN THE MATTER OF THE PETITION OF KARI
E. HONG

ORDER

FILED

MAY 04 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

Kari E. Hong has petitioned the Court to waive the three-year test requirement for the Multistate Professional Responsibility Examination (MPRE) for purposes of Hong's application for admission by motion to the State Bar of Montana. By rule, applicants for admission by motion must provide evidence of the requisite score on an MPRE taken "within three years preceding the date of the application for admission." Rule IV.A.3, Rules of Admission.

Hong passed the MPRE in 2006 when seeking admission to the practice of law in Oregon, where Hong was admitted. Hong was also admitted to the California State Bar in 2001 and the Massachusetts State Bar in 2016. The petition states that Hong "has been in the active practice of law since 2003 and has had no ethical or disciplinary actions in any of the jurisdictions in which she has practiced." Good cause appearing,

IT IS HEREBY ORDERED that the petition of Kari E. Hong to waive the three-year test requirement for the MPRE for purposes of Hong's current application for admission by motion to the State Bar of Montana is GRANTED.

The Clerk shall mail a copy of this order to Petitioner and to the Administrator of the Board of Bar Examiners at the State Bar of Montana.

DATED this 4th day of May, 2021.

_____
Chief Justice

_____

_____

_____

_____

_____

_____
Justices

2